UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
856-251-1235  Fax: 856-251-1025
sdhteamlaw@outlook.com

S. Daniel Hutchison, Esq. SH-6931

In Re:

Christopher Beecken

Debtor(s)

| | |
|---|---|
| Case No.: | 19-23709 |
| Judge: | ABA |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed        ☐ Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS
IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I,    Christopher Beecken   , upon my oath according to law, hereby certify as follows:

1.    The below information is being supplied for compliance with the Confirmation Hearing date on
September 25, 2019.

2.    The above named Debtor(s) has/have paid all post petition amounts that are required to be paid
under any and all Domestic Support Obligations.

3.    The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns,
as required by 11 U.S.C. Section 1308.

4.    If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated
Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the
event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct..

DATED   September 16, 2019                    /s/ Christopher Beecken
                                             Christopher Beecken