| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | **Order Filed on September 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Christopher E. Beecken,<br><br>Debtor. | Case No.:  19-23709 ABA<br>Adv. No.:<br>Hearing Date:  9/25/19 @ 10:00 a.m.<br><br>Judge:  Andrew B. Altenburg, Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 30, 2019**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:       Christopher E. Beecken
Case No.:     19-23709 ABA
Caption:      **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor M&T Bank, holder of a mortgage on real property located at 108 33rd Avenue, Monroeville, NJ, 08343, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Daniel S. Hutchison, Esquire, attorney for Debtor, Christopher E. Beecken, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the trustee is authorized to pay the arrears per the proof of claim, when filed, in the approximate amount of $17,626.21 as stated in the filed Objection to Confirmation, filed on September 18, 2019 on behalf of M&T Bank, and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the parties agree that consent to entry of the within order does not waive the debtor's right to object to M&T Bank's Proof of Claim pursuant to D.N.J. Local Bankruptcy Rule 3007-1(b). IN the event that an objection is filed, the debtor agrees to amend his Chapter 13 Plan to be consistent with the resolution of the Claim Objection; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.