Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-23709 (ABA)

Christopher E. Beecken  
108 33Rd Avenue  
Monroeville, NJ  08343

Monthly Payment: $470.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2022 | $223.01 | 01/25/2022 | $223.01 | 02/08/2022 | $223.01 | 02/23/2022 | $218.01 |
| 03/08/2022 | $218.01 | 03/22/2022 | $218.01 | 04/05/2022 | $218.01 | 04/19/2022 | $218.01 |
| 05/03/2022 | $218.01 | 05/17/2022 | $218.01 | 06/01/2022 | $218.01 | 06/14/2022 | $218.01 |
| 06/28/2022 | $218.01 | 07/12/2022 | $218.01 | 07/26/2022 | $218.01 | 08/09/2022 | $218.01 |
| 08/23/2022 | $218.01 | 09/07/2022 | $218.01 | 09/20/2022 | $218.01 | 10/04/2022 | $218.01 |
| 10/18/2022 | $218.01 | 11/01/2022 | $218.01 | 11/15/2022 | $218.01 | 11/29/2022 | $218.01 |
| 12/13/2022 | $218.01 | 12/28/2022 | $218.01 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTOPHER E. BEECKEN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 1 | AES/CHASE BANK/JP MORGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL | 33 | $21,658.41 | $0.00 | $21,658.41 | $0.00 |
| 3 | BRITNI BEECKEN | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAINE & WEINER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPE REGIONAL URGENT CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $671.73 | $0.00 | $671.73 | $0.00 |
| 7 | CITIBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CREDITORS' PROTECTION SERVICE, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPT NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | GLOUCESTER COUNTY PROBATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 33 | $1,471.40 | $0.00 | $1,471.40 | $0.00 |
| 12 | M&T BANK | 24 | $17,626.21 | $13,529.19 | $4,097.02 | $5,343.34 |
| 13 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDLAND FUNDING, LLC | 33 | $3,102.00 | $0.00 | $3,102.00 | $0.00 |
| 16 | PROGRESSIVE INSURANCE COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SHAPIRO & DENARDO, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,113.49 | $0.00 | $2,113.49 | $0.00 |
| 19 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,827.99 | $0.00 | $1,827.99 | $0.00 |
| 22 | WELLS FARGO BANK, N.A. | 33 | $10,325.23 | $0.00 | $10,325.23 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 23 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | DEPT NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DEPARTMENT OF THE TREASURY | 28 | $2,378.64 | $0.00 | $2,378.64 | $0.00 |
| 29 | STATE OF NEW JERSEY | 28 | $2,205.27 | $0.00 | $0.00 | $0.00 |
| 30 | STATE OF NEW JERSEY | 33 | $2,119.59 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2019 | 1.00 | $0.00 |
| 09/01/2019 | Paid to Date | $519.24 |
| 10/01/2019 | 58.00 | $470.00 |
| 08/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,683.26 |
| Total paid to creditors this period: | $5,343.34 |
| Undistributed Funds on Hand: | $398.52 |
| Arrearages: | ($957.58) |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**