UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-23709 |
| Christopher E. Beecken | Chapter: | 13 |
| | Judge: | ABA |

## NOTICE OF PROPOSED PRIVATE SALE

___Christopher E. Beecken___, ___the Debtor___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___November 14, 2023___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, ___400 Cooper Street, 4th Floor Camden, N.J.___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   108 33rd Avenue, Monroeville, New Jersey

Proposed Purchaser:   Julia Marie Porter

Sale price:  $350,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:   S. Daniel Hutchison, Esq.

Amount to be paid:   $1,000.00 (approximate)

Services rendered:   Preparation of various amendments/pleadings in connection with the sale of the subject property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: S. Daniel Hutchison, Esq.

Address: 135 N. Broad Street, Woodbury, New Jersey 08096

Telephone No.: 856-251-1235

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher E. Beecken  
    Debtor

Case No. 19-23709-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 3  
Date Rcvd: Oct 13, 2023            Form ID: pdf905            Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E. Beecken, 108 33rd Avenue, Monroeville, NJ 08343-2632 |
| 518352064 | + | AES/Chase Bank/Jp Morgan, Attn: Bankrutpcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518352066 | + | Britni Beecken, 409 Blackwood Avenue, Franklinville, NJ 08322-2938 |
| 518352068 | + | Cape Regional Urgent Care, 11 Court House South Dennis Road, Cape May Court House, NJ 08210-2150 |
| 518352073 | + | Gloucester County Child Support, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 518352075 | | M&T Bank, Attn: Mr. Ren F. Jones, CEO, One M&T Plaza, Buffalo, NY 14203 |
| 518352080 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518625914 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2023 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2023 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: camanagement@mtb.com | Oct 13 2023 20:57:00 | M&T Bank, Attn: Bankruptcy/Loss Mitigation Departm, PO Box 840, Buffalo, NY 14240 |
| 518352065 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2023 20:56:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518463435 | | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2023 20:56:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518352067 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 13 2023 20:57:00 | Caine & Weiner, Attn: Bankruptcy Dept, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518352069 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2023 21:03:52 | Capital One, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518364979 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 13 2023 21:04:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518352070 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2023 21:04:33 | Citibank, 701 E 60th Street, Sioux Falls, SD 57104-0432 |
| 518352071 | + | Email/Text: jbaylander@creditorsprotection.com | Oct 13 2023 20:58:00 | Creditors' Protection Service, Inc., 308 West State Street, Suite 485, Rockford, IL 61101-1196 |
| 518352072 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 13 2023 20:58:00 | Dept Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 518352074 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2023 20:57:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA |

Case 19-23709-ABA   Doc 45   Filed 10/15/23   Entered 10/16/23 00:17:57   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf905 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 518467890 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 13 2023 20:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518444033 | | Email/Text: camanagement@mtb.com | Oct 13 2023 20:57:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518352076 | | Email/Text: camanagement@mtb.com | Oct 13 2023 20:57:00 | M&T Bank, Attn: Customer Bankruptcy Department, PO Box 1288, Buffalo, NY 14240-1288 |
| 518444343 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2023 20:57:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518352077 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2023 20:57:00 | Midland Funding LLC, Attn: President, or Managing Partner, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 518467622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2023 21:17:27 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518352078 | | Email/Text: signed.order@pfwattorneys.com | Oct 13 2023 20:56:00 | Pressler, Felt & Warshaw, L.L.P., Re: PFW B294302, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518352079 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 13 2023 20:56:00 | Progressive Insurance, P O Box 31260, Tampa, FL 33631-3260 |
| 518354941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 13 2023 21:04:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518352081 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 13 2023 21:16:08 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518352082 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 13 2023 20:57:00 | U.S. Department of Education, Ecmc/Bankruptcy Dept, Po Box 16408, Saint Paul, MN 55116-0408 |
| 518352083 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2023 20:56:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admin, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 518400911 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 13 2023 21:28:04 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518352084 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 13 2023 21:16:45 | Wells Fargo Dealer Services, Attn: Bankruptcy Dept, Po Box 19657, Irvine, CA 92623-9657 |
| 518352085 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 13 2023 21:15:59 | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519461415 | * | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519461416 | * | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| aty | ##+ | Denise Carlon, Esq., KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-23709-ABA    Doc 45    Filed 10/15/23    Entered 10/16/23 00:17:57    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf905 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Loss Mitigation M&T Bank   njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor M&T BANK ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| S. Daniel Hutchison | on behalf of Debtor Christopher E. Beecken sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10