UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Christopher Beecken

Case No.: 19-23709
Chapter: 13
Judge: ABA

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Christopher Beecken_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☑ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/18/23

/s/Christopher Beecken
Christopher Beecken
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**