Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23709−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher E. Beecken
   aka Christopher Beecken
   108 33rd Avenue
   Monroeville, NJ 08343

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       11/30/23
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
S. Daniel Hutchison, Debtor's Attorney.

COMMISSION OR FEES
fee: $700.00.

EXPENSES
$389.89.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 25, 2023
JAN:

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher E. Beecken  
    Debtor

Case No. 19-23709-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 25, 2023      Form ID: 137      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E. Beecken, 108 33rd Avenue, Monroeville, NJ 08343-2632 |
| 518352064 | + | AES/Chase Bank/Jp Morgan, Attn: Bankrutpcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518352066 | + | Britni Beecken, 409 Blackwood Avenue, Franklinville, NJ 08322-2938 |
| 518352068 | + | Cape Regional Urgent Care, 11 Court House South Dennis Road, Cape May Court House, NJ 08210-2150 |
| 518352073 | + | Gloucester County Child Support, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 518352075 | | M&T Bank, Attn: Mr. Ren F. Jones, CEO, One M&T Plaza, Buffalo, NY 14203 |
| 518352080 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518625914 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: camanagement@mtb.com | Oct 25 2023 20:46:00 | M&T Bank, Attn: Bankruptcy/Loss Mitigation Departm, PO Box 840, Buffalo, NY 14240 |
| 518352065 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 25 2023 20:46:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518463435 | | Email/Text: ally@ebn.phinsolutions.com | Oct 25 2023 20:46:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518352067 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 25 2023 20:46:00 | Caine & Weiner, Attn: Bankruptcy Dept, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518352069 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2023 20:58:00 | Capital One, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518364979 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2023 20:57:48 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518352070 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2023 21:10:17 | Citibank, 701 E 60th Street, Sioux Falls, SD 57104-0432 |
| 518352071 | + | Email/Text: jbaylander@creditorsprotection.com | Oct 25 2023 20:47:00 | Creditors' Protection Service, Inc., 308 West State Street, Suite 485, Rockford, IL 61101-1196 |
| 518352072 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 25 2023 20:46:00 | Dept Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 518352074 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 25 2023 20:46:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: 137 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 518467890 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2023 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518444033 | | Email/Text: camanagement@mtb.com | Oct 25 2023 20:46:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518352076 | | Email/Text: camanagement@mtb.com | Oct 25 2023 20:46:00 | M&T Bank, Attn: Customer Bankruptcy Department, PO Box 1288, Buffalo, NY 14240-1288 |
| 518444343 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2023 20:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518352077 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2023 20:46:00 | Midland Funding LLC, Attn: President, or Managing Partner, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 518467622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2023 20:57:56 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518352078 | | Email/Text: signed.order@pfwattorneys.com | Oct 25 2023 20:46:00 | Pressler, Felt & Warshaw, L.L.P., Re: PFW B294302, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518352079 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 25 2023 20:46:00 | Progressive Insurance, P O Box 31260, Tampa, FL 33631-3260 |
| 518354941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2023 20:57:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518352081 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2023 21:10:15 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518352082 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 25 2023 20:46:00 | U.S. Department of Education, Ecmc/Bankruptcy Dept, Po Box 16408, Saint Paul, MN 55116-0408 |
| 518352083 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 25 2023 20:45:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admin, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 518400911 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2023 20:57:49 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518352084 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2023 21:10:22 | Wells Fargo Dealer Services, Attn: Bankruptcy Dept, Po Box 19657, Irvine, CA 92623-9657 |
| 518352085 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 25 2023 20:57:48 | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519461415 | * | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519461416 | * | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| aty | ##+ | Denise Carlon, Esq., KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 25, 2023 | Form ID: 137 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Loss Mitigation M&T Bank njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor M&T BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| S. Daniel Hutchison | on behalf of Debtor Christopher E. Beecken sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10