Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  19–23709–ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher E. Beecken
   aka Christopher Beecken
   108 33rd Avenue
   Monroeville, NJ 08343

Social Security No.:
   xxx–xx–3582

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>Elizabeth Grassia</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

108 33rd Avenue, Monroeville, New Jersey 08343


Dated: November 8, 2023
JAN: eag

                                                  Jeanne Naughton
                                                  Clerk