**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

In Re:

Christopher E. Beecken

Order Filed on November 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 19-23709 |
| Chapter: | 13 |
| Hearing Date: | 11/14/23 |
| Judge: | ABA |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 15, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 108 33rd Avenue, Monroeville, New Jersey

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Citibank N.A./Sears Card
    b. Current Assignee: Midland Funding LLC
    c. Current Servicer: Midland Credit Management, Inc.
    d. Date of Mortgage/Lien: on or about November 14, 2018
    e. Date of Recordation: on or about January 28, 2019
    f. Place of Recordation: Clerk, Superior Court of New Jersey
       i. ~~Mortgage Book~~: Docket No: DC-005091-18
      ii. ~~Page~~: Judgment No: DJ-12750-19
    g. Original Principal Balance of Mortgage/Lien: $ 3,137.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*