| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher E. Beecken<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3582<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  19–23709–ABA | | |

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Christopher E. Beecken
    aka Christopher Beecken

12/15/23                                                                              **By the court:** Andrew B. Altenburg Jr.
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23709-ABA

Christopher E. Beecken  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3

Date Rcvd: Dec 15, 2023      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher E. Beecken, 108 33rd Avenue, Monroeville, NJ 08343-2632 |
| 518352064 | + | AES/Chase Bank/Jp Morgan, Attn: Bankrutpcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518352066 | + | Britni Beecken, 409 Blackwood Avenue, Franklinville, NJ 08322-2938 |
| 518352068 | + | Cape Regional Urgent Care, 11 Court House South Dennis Road, Cape May Court House, NJ 08210-2150 |
| 518352073 | + | Gloucester County Child Support, 1893 Hurffville Road, Sewell, NJ 08080-4281 |
| 518352075 | | M&T Bank, Attn: Mr. Ren F. Jones, CEO, One M&T Plaza, Buffalo, NY 14203 |
| 518352080 | + | Shapiro & Denardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: camanagement@mtb.com | Dec 15 2023 20:52:00 | M&T Bank, Attn: Bankruptcy/Loss Mitigation Departm, PO Box 840, Buffalo, NY 14240 |
| 518352065 | + | EDI: GMACFS.COM | Dec 16 2023 01:42:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 518463435 | | EDI: GMACFS.COM | Dec 16 2023 01:42:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518352067 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 15 2023 20:52:00 | Caine & Weiner, Attn: Bankruptcy Dept, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518352069 | + | EDI: CAPITALONE.COM | Dec 16 2023 01:42:00 | Capital One, Attn: Bankruptcy Dept, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518364979 | + | EDI: AIS.COM | Dec 16 2023 01:42:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518352070 | + | EDI: CITICORP | Dec 16 2023 01:42:00 | Citibank, 701 E 60th Street, Sioux Falls, SD 57104-0432 |
| 518352071 | + | Email/Text: jbaylander@creditorsprotection.com | Dec 15 2023 20:53:00 | Creditors' Protection Service, Inc., 308 West State Street, Suite 485, Rockford, IL 61101-1196 |
| 518352072 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 15 2023 20:52:00 | Dept Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 518352074 | | EDI: IRS.COM | Dec 16 2023 01:42:00 | Internal Revenue Service, Centralized Insolvency |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518467890 | | EDI: JEFFERSONCAP.COM | Dec 16 2023 01:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518444033 | | Email/Text: camanagement@mtb.com | Dec 15 2023 20:52:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 518352076 | | Email/Text: camanagement@mtb.com | Dec 15 2023 20:52:00 | M&T Bank, Attn: Customer Bankruptcy Department, PO Box 1288, Buffalo, NY 14240-1288 |
| 518444343 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2023 20:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518352077 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2023 20:52:00 | Midland Funding LLC, Attn: President, or Managing Partner, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 518467622 | | EDI: PRA.COM | Dec 16 2023 01:42:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518352078 | | Email/Text: signed.order@pfwattorneys.com | Dec 15 2023 20:51:00 | Pressler, Felt & Warshaw, L.L.P., Re: PFW B294302, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518352079 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 15 2023 20:51:00 | Progressive Insurance, P O Box 31260, Tampa, FL 33631-3260 |
| 518625914 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 15 2023 20:51:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518354941 | + | EDI: SYNC | Dec 16 2023 01:42:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518352081 | + | EDI: SYNC | Dec 16 2023 01:42:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518352082 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 15 2023 20:52:00 | U.S. Department of Education, Ecmc/Bankruptcy Dept, Po Box 16408, Saint Paul, MN 55116-0408 |
| 518352083 | + | EDI: VERIZONCOMB.COM | Dec 16 2023 01:42:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admin, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 518400911 | + | EDI: WFFC2 | Dec 16 2023 01:42:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518352084 | + | EDI: WFFC2 | Dec 16 2023 01:42:00 | Wells Fargo Dealer Services, Attn: Bankruptcy Dept, Po Box 19657, Irvine, CA 92623-9657 |
| 518352085 | + | EDI: WFFC2 | Dec 16 2023 01:42:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519461415 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519461416 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| aty | ##+ | Denise Carlon, Esq., KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Loss Mitigation M&T Bank njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor M&T BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor M&T Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| S. Daniel Hutchison | on behalf of Debtor Christopher E. Beecken sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10